# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| LONNIE DAWSON, SR. AND WENDY DAWSON-JONES, | : No. 124 EM 2014 |
| Petitioners | : |
| v. | : |
| CHESTNUT HILL HOSPITAL AND EMMANUEL OKOLO, M.D., | : |
| Respondents | : |

## ORDER

**PER CURIAM**

AND NOW, this 8th day of October, 2014, the Petition for Review is **DENIED**.